1206

No. 87–1771. RICHARDS *v.* NICHOLSON, PERSONAL REPRESENTATIVE OF THE ESTATE OF RICHARDS. Ct. Sp. App. Md. Certiorari denied.

No. 87–1772. SCHUYLKILL COUNTY TAX CLAIM BUREAU ET AL. *v.* TREMONT TOWNSHIP ET AL. Pa. Commw. Ct. Certiorari denied.

No. 87–1773. PENDER COUNTY BOARD OF EDUCATION ET AL. *v.* PIVER. C. A. 4th Cir. Certiorari denied.

No. 87–1774. METROPOLITAN COUNTY BOARD OF EDUCATION OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, ET AL. *v.* TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 87–1776. PERKINS *v.* EASTERN NEBRASKA HUMAN SERVICES AGENCY. C. A. 8th Cir. Certiorari denied.

No. 87–1778. SCKOLNICK *v.* HARLOW ET AL. C. A. 1st Cir. Certiorari denied.

No. 87–1787. CITY OF LONG BEACH *v.* SOUTHWEST AIRCRAFT SERVICES, INC. C. A. 9th Cir. Certiorari denied.

No. 87–1792. GANOE ET AL. *v.* LUMMIS, TEMPORARY ADMINISTRATOR OF THE ESTATE OF HUGHES. C. A. 2d Cir. Certiorari denied.

No. 87–1798. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES *v.* MARSHALL DURBIN FOOD CORP. C. A. 11th Cir. Certiorari denied.

No. 87–1809. HOFFMAN *v.* GLIDDEN COATINGS & RESINS DIVISION OF SCM CORP. C. A. 6th Cir. Certiorari denied.

No. 87–1813. GRIFFIN *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–1819. VARANESE *v.* GALL ET AL. Sup. Ct. Ohio. Certiorari denied.